THE TOWN OF IRVINGTON AND ALICE M. STEWART, APPELLANTS, v. BOARD OF PUBLIC UTILITY COMMISSIONERS ET AL., RESPONDENTS.

Submitted February 14, 1930—Decided October 20, 1930.

For the appellants, *Charles H. Stewart.*

For the respondents, *William H. Speer.*

PER CURIAM.

This case was one on four separate *certioraris* in the Supreme Court, which were consolidated there for the purpose of procedure and disposition. The opinion of the Supreme Court *per curiam* was written in that of Borough of Roselle Park et al. *v.* Board of Public Utility Commissioners, Public Service Railway Company and Public Service Transportation Company. After the entry of judgment in the Supreme Court adjudging that the order of the board be affirmed and the *certioraris* dismissed, an appeal was taken to this court by the town of Irvington and Alice M. Stewart, prosecutors-appellants in one of the writs against the defendants heretofore mentioned.

We are of opinion that the judgment under review herein, so far as it affects the town of Irvington and Alice M. Stewart, the prosecutors-appellants, should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.